Michelle MOMCILOVIC, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2006–3023.

United States Court of Appeals,
Federal Circuit.

July 27, 2006.

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this petition for review.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

CHEM–NUCLEAR SYSTEMS LLC, Duratek, Inc., and Duratek Services, Inc., Plaintiffs–Appellants,

v.

James BRAUN, Tracy Barker, Kelly McCurry, Sharra Arnold, Carl Rowland, Cam Abernethy, and Avantach, Inc., Defendants–Appellees.

Nos. 2006–1445, 2006–1446.

United States Court of Appeals,
Federal Circuit.

July 27, 2006.

*ORDER*

Upon consideration of the unopposed motion to voluntarily dismiss these appeals, from a decision of the United States District Court for the District of South Carolina in case nos. 3:03–CV–0441 and 3:03–CV–0442,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.